Alpine R. MacGREGOR, Appellant, v. WESTINGHOUSE ELECTRIC & MANUFACTURING CO.

No. 8031.

Circuit Court of Appeals, Third Circuit.
Argued Oct. 9, 1942.

Decided Oct. 12, 1942.

Wm. B. Jaspert, of Pittsburgh, Pa. for appellant.

Jo Baily Brown, of Pittsburgh, Pa. (Brown, Critchlow & Flick, of Pittsburgh, Pa., on the brief), for appellee.

Before MARIS and JONES, Circuit Judges, and AVIS, District Judge.

PER CURIAM.

The questions raised by this appeal were sufficiently discussed and correctly decided by the district court in an opinion filed by Judge Gibson, 45 F.Supp. 236, granting the defendant's motion to dismiss the complaint.

The judgment of the district court is accordingly affirmed.